IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CR-19-86-C |
| | ) | |
| TRAVIS EUGENE CARTER, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Pursuant to the Court's Order (Dkt. No. 53), the parties have briefed the impact of Rehaif v. United States, ___ U.S. ___, 139 S.Ct. 2191 (2019), on this case. (See Dkt. Nos. 54, 55.) Upon review of the parties' briefing, the Court finds that it is only necessary for the Court to hold a supplemental change-of-plea hearing immediately prior to sentencing to inquire as to whether Defendant understands the necessary elements of the charges against him and the underlying facts necessary to support them. The hearing will be conducted jointly along with Defendant's sentencing.

IT IS SO ORDERED this 25th day of September, 2019.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge